# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Progeny Systems Corporation ) | ASBCA No. 60085 |
| ) | |
| Under Contract No. N65236-02-D-6822 *et al.* ) | |

APPEARANCES FOR THE APPELLANT:          Nicole J. Owren-Wiest, Esq.
                                                     Gary S. Ward, Esq.
                                                      Wiley Rein LLP
                                                      Washington, DC

APPEARANCES FOR THE GOVERNMENT:          E. Michael Chiaparas, Esq.
                                                     DCMA Chief Trial Attorney
                                                    Samuel W. Morris, Esq.
                                                    Trial Attorney
                                                      Defense Contract Management Agency
                                                      Chantilly, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 22 October 2015

_____
MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

     I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60085, Appeal of Progeny Systems Corporation, rendered in conformance with the Board's Charter.

Dated:

_____
JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals